☒ LEGIBLE SCAN (CHECK ONE)
☐ ARCHIVE THIS PAPER

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK BRETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 12-1516-GMS |
| | ) |
| UNKNOWN BLACK WOMAN JOGGER, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

At Wilmington this 21st day of November, 2013:

1. The plaintiff Frank Brett has engaged in filing numerous lawsuits that contain frivolous legal arguments and that are vexatious and abusive of the judicial process. Since April 27, 2011, Plaintiff has filed the following lawsuits in this District, alleging violations of his civil rights by reason of religion and/or sex and, on occasion, slander, as follows: *Brett v. Watson*, Civ. No. 11-376-GMS; *Brett v. Fed Ex Office and Employees*, Civ. No. 11-780-GMS; *Brett v. Wright*, Civ. No. 12-706-GMS; *Brett v. ING Financial Partners*, Civ. No. 12-807-GMS; *Brett v. Unknown Brother*, Civ. No. 12-1350-GMS; *Brett v. Unknown Black Woman Jogger*, Civ. No. 12-1516-GMS; and *Brett v. Unknown Latin American Man*, Civ. No. 12-1751-GMS. These lawsuits were filed against numerous known and unknown individuals.

2. As a result of the numerous filing in this court, on April 23, 2013, the plaintiff was ordered to show cause why he should not be enjoined from filing any complaint, lawsuit, or petition for writ of mandamus, filed in the United States District Court for the District of Delaware

regarding or relating to alleged violations of his civil rights by reason of religion and/or sex and slander including, but not limited to, actions against unknown individuals.

3. A district court has the power to enjoin vexatious litigants from filing meritless pleadings where the pleadings raise issues identical or similar to those that have already been adjudicated. 28 U.S.C. § 1651; *See Matter of Packer Ave. Assoc.*, 884 F.2d 745, 747 (3d Cir. 1989); *Yadav v. Surtees*, 87 F. App'x 271 (3d Cir. 2004) (unpublished). The Court, in seeking to enjoin the plaintiff as a vexatious litigant from future joint litigation, provided him sufficient notice and an opportunity to be heard in the form of a show cause order entered April 23, 2013; *See Brow v. Farrelly*, 994 F.2d 1027, 1038 (3d Cir. 1993). The plaintiff did not file a response to the show cause order.

4. The plaintiff has failed to show cause show cause why he should not be enjoined from filing any complaint, lawsuit, or petition for writ of mandamus, filed in the United States District Court for the District of Delaware regarding or relating to alleged violations of his civil rights by reason of religion and/or sex and slander including, but not limited to, actions against unknown individuals.

IT IS THEREFORE ORDERED that:

1. The plaintiff is hereby enjoined from filing, without prior authorization of the Court, any complaint, lawsuit, or petition for writ of mandamus in the United States District Court for the District of Delaware regarding or relating to alleged violations of his civil rights by reason of religion and/or sex and slander including, but not limited to, actions against unknown individuals.

2. The plaintiff must file a motion for leave to file with any new complaint, lawsuit, or petition for writ of mandamus, that he proposes to file and must attach a copy of this memorandum order to it. The motion shall be filed as a miscellaneous case.

3. As an exhibit to any motion seeking such leave, there must be attached a declaration prepared pursuant to 28 U.S.C. § 1746 or a sworn affidavit certifying that (a) the document raises a new issue that has never been previously raised by the filer in this or any other court, (b) the claim or issue is not frivolous, (c) the document is not filed in bad faith, and (d) a statement as to the basis for jurisdiction and venue in the District of Delaware.

4. The court shall deny any motion for leave to file if the proposed document is frivolous, vexatious, or harassing. If the motion is denied, the document shall not be filed. The failure to comply with this memorandum order shall be sufficient grounds for this court to deny any motion for leave to file.

5. If the motion for leave to file is granted, the plaintiff shall submit the order as evidence that he has obtained the permission of the court for the filing.

6. No document submitted by the plaintiff shall be filed prior to obtaining leave to file unless the document is specifically identified as a motion for leave to file, and unless the document contains an affidavit or sworn declaration as required by this memorandum order, and a copy of this memorandum order.

7. The clerk's office shall not accept any filing fees, cover sheets, applications for leave to proceed without prepayment of fees, summonses, or U.S. Marshals forms, in connection with a motion for leave to file, unless and until leave is granted.

8. The plaintiff is placed on notice that should leave be granted but the case is not properly venued in this district, the court will transfer the case to the proper venue without ruling on the merits of the case and without ruling on any motions, including motions for leave to proceed in forma pauperis.

_____
CHIEF, UNITED STATES DISTRICT JUDGE